UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO. 5:24-cr-00109

NICHOLAS D. PLUMB

**ORDER**

On March 4, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count One of the Indictment charges the Defendant with knowingly and intentionally possessing with intent to distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of fentanyl, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on March 4, 2025. [Doc. 44]. Objections in this case were due on March 21, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 44]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

        ENTER:       April 1, 2025

Frank W. Volk
Chief United States District Judge